**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KRISTEN ROSE,<br><br>                Plaintiff,<br><br>    vs.<br><br>DI NICOLA & DI NICOLA, LLC, JOSEPH M. DINICOLA, JOSEPH M. DINICOLA, JR., ABC COMPANIES 1-5 (fictitious names describing presently unidentified business entities), and JOHN DOES 1-5 (fictitious names of presently unidentified individuals),<br><br>                Defendants. | Civil Action No.:<br>1:22−CV−05793−RMB−EAP |

**MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO WITHDRAW AS COUNSEL**

**I.    INTRODUCTION**

In accordance with Local Civil Rule 102.1, McOmber McOmber & Luber, P.C., respectfully seeks leave to withdraw from representing Plaintiff Kristen Rose in this case.

**II.    DISCUSSION**

Under Local Civil Rule 103.1, the conduct of attorneys who practice in this Court is governed by "Rules of Professional Conduct of the American Bar Association as revised by the New Jersey Supreme Court." The applicable Rule of Professional Conduct provides in pertinent part that "a lawyer may withdraw from representing a client," subject to the governing tribunal's discretion (RPC 1.16(c)), if:

> (1) withdrawal can be accomplished without material adverse effect on the interests of the client;
>
> (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable

    warning that the lawyer will withdraw unless the obligation is fulfilled; [or]

  (6) the representation will result in an unreasonable financial burden on the lawyer[.]

RPC 1.16(b)

  The Agreement To Provide Legal Services for a Contingent Fee that Kristen Rose entered into with McOmber McOmber & Luber, P.C. ("Retainer Agreement") provides that Plaintiff is to "agree to cooperate fully with the Law Firm and abide by the Law Firm's legal advice and direction, including matters pertaining to experts, depositions, settlement, and strategy. Failure to cooperate or reject or refuse to comply with the advice and instruction of the Law Firm may result in the Law Firm withdrawing from its representation." *See* Certification of Matthew A. Luber.

  In the event the Court requires additional information pertaining to this motion, we respectfully request that the Court consider scheduling a hearing *in camera* with, outside the presence of all other parties, to protect against the disclosure of confidential information pertaining to Plaintiff.

### III. CONCLUSION

  Based upon the facts and for the reasons reviewed above, we respectfully request that the Court grant our motion and permit McOmber McOmber & Luber, P.C., to withdraw as counsel of record for Plaintiff in this case.

                Respectfully submitted,

Dated: April 21, 2023    By:  */s/ Matthew A. Luber*
                Matthew A. Luber, Esq.
                Tyler J. Burrell, Esq.
                McOMBER McOMBER & LUBER, P.C.
                39 E. Main Street
                Marlton, NJ 08053
                Telephone: (856) 985-9800
                E-mail:  mal@njlegal.com
                Email: tjb@njlegal.com

*Attorneys for Plaintiff, Kristen Rose*