# Certification Of Matthew A. Luber
## *Filed Under Seal*