# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KRISTEN ROSE: | : | |
|     Plaintiff, | : | Civil No. 1:22-cv-05793-RMB-EAP |
| | : | |
| v. | : | |
| | : | |
| DiNICOLA & DiNICOLA, LLC | : | |
| JOSEPH M. DiNICOLA, JOSEPH M. | : | |
| DiNICOLA, JR., ABC COMPANIES | : | |
| 1-5 and JOHN DOES 1-5 | : | |

## JOINT STATEMENT OF COUNSEL

The parties have settled the Complaint and Counterclaims with no admission of liability and no monetary payment. All Claims have been dismissed with prejudice. Joseph DiNicola, Jr. categorically deny all allegations contained in the Complaint, including all allegations of abuse.

**Salmon, Ricchezza, Singer & Turchi, LLP**       **McOmber McOmber & Luber, P.C.**

By: /s/ Sally J. Daugherty       By: /s/ Matthew A. Luber
Joseph L. Turchi, Esq. (No. 01710-1992)       Matthew A. Luber, Esq. (No. 01730-2010)
Sally J. Daugherty, Esq. (No. 03226-1990)       Kelly E. Adler, Esq. (No. 0194-2008)
Tower Commons       Jeffrey D. Ragone, Esq. (No. 27677-2018)
123 Egg Harbor Road, Suite 406       Tyler J. Burrell, Esq. (No. 37794-2021)
Sewell, NJ 08080       39 East Main Street
Attorneys for Defendants DiNicola &       Marlton, NJ 08053
DiNicola, LLC, Joseph M. DiNicola, Esq.       Attorneys for Plaintiff Kristen Rose
And Joseph M. DiNicola, Jr., Esq.

Dated: June 15, 2023       Dated: June 15, 2023

{00460299.DOCX}